

**WisDOT - Division of Motor Vehicles**
Citations & Withdrawals Section
PO Box 7917
Madison, WI 53707-7917

Governor Tony Evers
Secretary Craig Thompson
www.dot.wisconsin.gov
Telephone: 608-267-1854
FAX: 608-267-1873
driverinformation.dmv@dot.wi.gov

April 22, 2019

DIRECT ANY INQUIRY TO:

C650-6219-2271-09 DOTHDS

US ATTORNEY'S OFFICE
101 W MAIN ST SUITE 8000
NORFOLK VA 23510

Attn: LINDA WYCHE

## CERTIFIED RECORD
MV3422   11/2005   s.343.24 Wis. Stats.

Certification of the Driving Record of:

| | |
|---|---|
| Subject: | NICHOLAS A CORN |
| DOB: | July 31, 1992 |
| Enclosures: | Copy of the driving record abstract |

Attached hereto is a true and correct abstract of the operating record for the subject named therein as of the date of printing shown on the abstract that is maintained by the State of Wisconsin, Department of Transportation, Division of Motor Vehicles in accordance with the requirements of s.343.23, Stats.

In testimony, I sign and affix the triskelion below as the official Seal of the Wisconsin Department of Transportation in the City of Madison.

*Kristina H. Boardman*

Kristina H. Boardman, Administrator
Division of Motor Vehicles

Doc ID# 24194684



GOVERNMENT EXHIBIT 1



**Wisconsin Department of Transportation**
wisconsindmv.gov

Division of Motor Vehicles
4822 Madison Yards Way
PO Box 7983
Madison, WI 53707-7983

This driver record abstract was created on 04/22/2019 at 03:00:39 PM by DOTHDS. The information is current as of this date and time.

| | | | |
|---|---|---|---|
| **Driver ID** : C650-6219-2271-09 | **Sex** : MALE | **DOB** : 07-31-1992 |
| **Customer#** : 59903091988 | **LPC** : U.S. CITIZEN | **Age** : 26 |
| **Hair** : BROWN | **Eyes** : BROWN | **Height** : 6'04 |
| **Weight** : 200 | **Org Donor**: Y | **Opt Out**: N |

NICHOLAS A CORN
337 N 67TH ST
MILWAUKEE, WI 53213 3922

**Updated By** : DL ISSUE
**Updated On** : 07-03-2012
**County** : MILWAUKEE

**Card Name(s)** : CORN NICHOLAS A(REGULAR LICENSE)

### Regular License

| | |
|---|---|
| **Card Name** | : CORN NICHOLAS A |
| **Product** | : 45335121859 |
| **Issued** | : 07-03-2012 |
| **Expires** | : 07-31-2020 |
| **App Type** | : ORIGINAL |
| **Orgl Dt** | : 07-03-2012 |
| **Class** | : D |
| **Status** | : VAL |

---

| | | |
|---|---|---|
| **Violation** | : 05-20-2018 | GUILTY |
| **Conviction** | : 06-22-2018 | **Points** : 00 |
| **Reason** | : SI-SPEEDING INTERMEDIATE (11-19 OVER) POSTED 060 OVER 015 | |
| **Operation** | : CLASS D | |
| **State** | : VIRGINIA | |
| **Non UTC** | : 800GT1800609300 | |
| **ACD Code** | : S15 | |
| **Court Report ID** | : 800GT1800609300 | |

-----------------------------------------------------------------------

End of Record

Driver ID : C650-6219-2271-09

NICHOLAS A CORN

Page 2 of 2
04/22/2019 at 03:00:39 PM