IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
IN OPEN COURT
JUN 13 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                     DOCKET NO. 2:19mj223

X CORN, NICHOLAS

## ACKNOWLEDGMENT OF CERTAIN RIGHTS

I am the defendant in this criminal proceeding.

I understand that I do not have to make any statement to anyone in connection with the charge(s) against me and that if I do make any statements they may be used against me. I further understand that I cannot be compelled to testify in this proceeding but that if I chose to testify on my own behalf, as I have the right to do, I will be subject to cross examination.

I understand that I have the right to assistance of a lawyer at all stages of the prosecution against me. I also understand that if I desire legal counsel but am financially unable to obtain counsel, and if there is a possibility that I can be confined in jail if I am found guilty, the court will appoint a lawyer to represent me (although, if I am able to do so, the court may require me to reimburse the federal treasury for the cost of furnishing counsel by making a delayed payment of periodic payments).

Date: X 20190613                        x _____
                                          Defendant

Date: _____            _____
                                          Defendant's Attorney (if any)

I hereby waive (give up) my right to have the assistance of a lawyer in this criminal proceeding.

Date: X 20190613                        x _____
                                          Defendant

FILED
IN OPEN COURT
JUN 13 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA